# UNITED STATES DISTRICT COURT

### for the

### Southern District of Georgia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>1957 BATTLE ROW, AUGUSTA, GA 30904;<br>A LIGHT COLOR NISSAN CUBE WITH VIN<br>JN8AZ2KR0CT254476; and the person of REALITY LEIGH WINNER | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 1:17MJ24 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A,

located in the _____ Southern _____ District of _____ Georgia _____ , there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 793 | Gathering, Transmitting or Losing Defense Information |

The application is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Justin C. Garrick, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 06/03/2017 _____

*Judge's signature*

City and state: Augusta, Georgia     Brian K. Epps, United States Magistrate Judge
*Printed name and title*