## ATTACHMENT A

*Property to be searched*

The premises to be searched, 1957 Battle Row, Augusta, GA 30904, is further described as a stand-alone, one-story house, located near the intersection of Battle Row and Walker Street. It is a red brick house with a shingle roof. The numbers 1957 are visible on the residence. The front door is covered by a front porch.

The vehicle to be searched in a light-colored Nissan Cube with VIN JN8AZ2KR0CT254476, co-registered to REALITY LEIGH WINNER.

The person to be searched is REALITY LEIGH WINNER, who is a white female with blonde hair and blue eyes, 5'5" tall, weighing approximately 145 pounds, with DOB December 4, 1991.