IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MJ 117-024 |
| | ) | |
| REALITY LEIGH WINNER | ) | |

## GOVERNMENT'S MOTION TO UNSEAL

Now comes the United States of America, by and through James D. Durham, Acting United States Attorney for the Southern District of Georgia, and files this Motion to Unseal and states as follows:

1. On June 3, 2017, following an Application for Search Warrant by Special Agent Justin C. Garrick, FBI, this Court issued a search warrant in the above-named case for 1957 Battle Row, Augusta, Georgia; a Light-Colored Nissan Cube; and the person of Reality Leigh Winner.

2. On June 3, 2017, this Court found that public release of the Application and Search Warrant could compromise the continuing investigation of others by giving confederates an opportunity to flee, destroy or tamper with evidence, or notify other participants. Therefore, the Court ordered that the Application and Search Warrant, with the exception of use by the government's attorneys and agents, remain under seal until further order of the Court.

3. The defendant is scheduled to make an initial appearance before this Court on June 5, 2017, to answer to the charges set forth in an arrest warrant. This

1

Court issued the arrest warrant on June 5, 2017, upon complaint by Special Agent Garrick.

4. Neither the criminal complaint nor the arrest warrant are filed under seal, and the defendant's initial appearance will be open to the public.

5. The Government believes that public release of the Application and Search Warrant would no longer compromise its continuing investigation of the defendant and others.

WHEREFORE, the government respectfully requests that the Court issue an Order unsealing the Application and Search Warrant for 1957 Battle Row, Augusta, Georgia; a Light-Colored Nissan Cube; and the person of Reality Leigh Winner in the instant case.

This 5th day of June, 2017.

Respectfully submitted,

JAMES D. DURHAM
ACTING UNITED STATES ATTORNEY

Patricia G. Rhodes
Assistant United States Attorney