UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | MJ 117-024 |
| v. ) | |
| ) | |
| REALITY LEIGH WINNER ) | |

### ORDER

The Government's motion, having been read and considered, is hereby GRANTED. The Application and Search Warrant for 1957 Battle Row, Augusta, Georgia; a Light-Colored Nissan Cube; and the person of Reality Leigh Winner issued by the Court in this case on June 3, 2017, are hereby UNSEALED.

SO ORDERED this 5th day of June, 2017.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA