AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| United States of America<br>v.<br><br>REALITY LEIGH WINNER<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)       1:17-MJ-024<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___May 9, 2017___ in the county of ___Augusta-Richmond___ in the ___Southern___ District of ___Georgia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 793(e) | Gathering, Transmitting or Losing Defense Information |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Justin C. Garrick, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___06/05/2017___

_____
*Judge's signature*

City and state: ___Augusta, Georgia___    Brian K. Epps, United States Magistrate Judge
*Printed name and title*