AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   1:17-MJ-24 |
| REALITY LEIGH WINNER | ) ) ) ) | |
| _____ | | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     REALITY LEIGH WINNER                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information      ☑ Complaint
❏ Probation Violation Petition          ❏ Supervised Release Violation Petition          ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

Violation of 18 U.S.C. Section 793(e): Gathering, Transmitting or Losing Defense Information.

Date:     06/05/2017                                        _____
                                                                                    *Issuing officer's signature*

City and state:     Augusta, Georgia                        Brian K. Epps, United States Magistrate Judge
                                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ <br> at *(city and state)* _____ . |
| Date: _____                        _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |