IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MJ 117-24 |
| | ) | |
| REALITY LEIGH WINNER | ) | |

**O R D E R**

Upon review of Defendant's financial affidavit submitted yesterday in connection with her initial appearance, the Court determined Defendant has sufficient funds to retain counsel of her own choosing and does not qualify for court appointed counsel under the Criminal Justice Act, 18 U.S.C. § 3006A ("CJA").  Accordingly, the Court **TERMINATES** the appointment of CJA counsel Titus Nichols and **INSTRUCTS** Mr. Nichols to file his CJA voucher on or before June 20, 2017. Defendant shall reimburse the Court for approved fees and expenses of Mr. Nichols, as Defendant agreed during her initial appearance.  Mr. Nichols will no longer represent Defendant unless Defendant chooses to retain him with her own funds.

SO ORDERED this 6th day of June, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA