# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **REALITY LEIGH WINNER**, <br><br> Defendant. | **CASE No. 1:17-MJ-00024-BKE** |

## APPEARANCE AFFIDAVIT OF COUNSEL

We are admitted to practice in this Court, and hereby give notice that we are appearing in this case as counsel for the Defendant.

Respectfully submitted this 7 day of June, 2017.

/s/*Titus T. Nichols*
TITUS T. NICHOLS
Georgia Bar No. 870662

/s/*John C. Bell, Jr.*
JOHN C. BELL, JR.
Georgia Bar No. 048600

**BELL & BRIGHAM**
457 GREENE STREET
Augusta, GA 30901
706-722-2014 / Fax: 706-722-2552

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date entered above I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all interested persons.

*/s/Titus T. Nichols*

*/s/ John C. Bell, Jr.*

*Counsel for Defendant*